1  JUNE T. MONROE, State Bar No. 284763
2  RYNN & JANOWSKY, LLP
   4100 Newport Place Drive, Suite 700
3  Newport Beach, CA 92660-2423
   Telephone: (949) 752-2911
4  Facsimile:  (949) 752-0953

5  Attorneys for Plaintiff
   WEST LAKE BROKERS, INC. d/b/a
6  WEST LAKE FRESH

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  WEST LAKE BROKERS, INC. d/b/a WEST       CASE NO. CV-02-08085 NM (JWJx)
    LAKE FRESH, a corporation,
12
                   Plaintiff,               **[PROPOSED]** RENEWAL OF
13                                          **JUDGMENT BY CLERK**

14                 v.

15  MARTINA CHAN, individually and d/b/a
    G M PRODUCE CO., et al.,
16
                   Defendants.
17

18

19        Having read and considered Plaintiff's application for and renewal of judgment, affidavit

20  of June T. Monroe in support thereof, and good cause appearing therefor,

21        RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff WEST

22  LAKE BROKERS, INC. d/b/a WEST LAKE FRESH and against Defendants MARTINA

23  CHAN, individually and d/b/a  G M PRODUCE CO. and GUS CHAN, individually and d/b/a G

24  M PRODUCE CO., jointly and severally, in the following amounts:

| a. Total judgment | $69,040.81 |
|---|---|
| b. Costs after judgment | $0.00 |
| c. Subtotal | $69,040.81 |
| d. Credits after judgment | ($23,227.56) |

LAW OFFICES
**RYNN & JANOWSKY**
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

| | |
|---|---|
| e.  Subtotal | $45,813.25 |
| f.  Interest after judgment at 1.160% (from 3-13-03 to 1-4-13) | $5,886.42 |
| g.  Fee for filing renewal application | $0.00 |
| h.  TOTAL RENEWED JUDGMENT | $51,699.67 |

Plaintiff shall continue to recover post-judgment interest pursuant to 28 U.S.C. sec. 1961 on the unpaid balance until fully paid.

DATED: _February 6, 2013_          By: _____  Deputy Clerk

CLERK, U.S. DISTRICT COURT

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953