JUNE T. MONROE, State Bar No. 284763
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953

Attorneys for Plaintiff
WEST LAKE BROKERS, INC. d/b/a
WEST LAKE FRESH

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST LAKE BROKERS, INC. d/b/a WEST LAKE FRESH, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARTINA CHAN, individually and d/b/a G M PRODUCE CO., et al.,<br><br>Defendants. | CASE NO. CV-02-08085 NM (JWJx)<br><br>~~[PROPOSED]~~ **RENEWAL OF JUDGMENT BY CLERK** |

Having read and considered Plaintiff's application for and renewal of judgment, affidavit of June T. Monroe in support thereof, and good cause appearing therefor,

RENEWAL OF JUDGMENT IS HEREBY ENTERED in favor of Plaintiff WEST LAKE BROKERS, INC. d/b/a WEST LAKE FRESH and against Defendants MARTINA CHAN, individually and d/b/a  G M PRODUCE CO. and GUS CHAN, individually and d/b/a G M PRODUCE CO., jointly and severally, in the following amounts:

| | |
|---|---:|
| a.  Total judgment | $69,040.81 |
| b.  Costs after judgment | $0.00 |
| c.  Subtotal | $69,040.81 |
| d.  Credits after judgment | ($23,227.56) |

Renewal of Judgment                                                1

| | |
|---|---|
| e.  Subtotal | $45,813.25 |
| f.  Interest after judgment at 1.160% (from 3-13-03 to 1-4-13) | $5,886.42 |
| g.  Fee for filing renewal application | $0.00 |
| h.  TOTAL RENEWED JUDGMENT | $51,699.67 |

Plaintiff shall continue to recover post-judgment interest pursuant to 28 U.S.C. sec. 1961 on the unpaid balance until fully paid.

DATED: February 6, 2013         By: _____/_____ Deputy Clerk
                                        CLERK, U.S. DISTRICT COURT

LAW OFFICES
RYNN & JANOWSKY
4100 NEWPORT PLACE DRIVE
SUITE 700
NEWPORT BEACH, CALIFORNIA 92660-2423
(949) 752-2911
FAX (949) 752-0953

Renewal of Judgment                    2